UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**
SEP 1 8 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:18-cr-00326-CDP |
| DARRY KENT WILLIAMS, JR., | ) |
| Defendant. | ) |

## SUPERSEDING INFORMATION

### COUNT I
**(Use of Interstate Facilities to Promote Prostitution)**

The United States Attorney charges that:

Between on or about March 3, 2018, and continuing through on or about March 7, 2018, within the Eastern District of Missouri and elsewhere, the defendant,

**DARRY KENT WILLIAMS, JR.,**

did knowingly use facilities in interstate commerce with the intent to promote, manage, establish, or carry on an unlawful activity, to wit: prostitution, and thereafter did knowingly promote, manage, establish or carry on that unlawful activity.

In violation of Title 18, United States Code, Section 1952(a)(3).

JEFFREY B. JENSEN
United States Attorney

_____
JENNIFER A. WINFIELD, #53350MO
Assistant United States Attorney

UNITED STATES OF AMERICA )
EASTERN DIVISION )
EASTERN DISTRICT OF MISSOURI )

I, Jennifer A. Winfield, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

_____
JENNIFER A. WINFIELD, #53350MO

Subscribed and sworn to before me this __18th__ day of September, 2018.

_____
Gregory J. Linhares
CLERK, U.S. DISTRICT COURT

By: _____
DEPUTY CLERK